IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

NANCY BROWN, Individually and as
Special Administrator for the Estate of
JOHN BROWN, Deceased,

   Plaintiff,            Case No. 13-CV-511

WISCONSIN DEPARTMENT OF HEALTH
SERVICES, a division of the State of Wisconsin
and a Wisconsin group medical benefits program
Representative of Estate of JOHN BROWN,
Deceased,

   Involuntary Plaintiff,

v.

WAYNE BLANCHARD, in his individual capacity,
and WALWORTH COUNTY, WISCONSIN,

   Defendants.

---

## DEFENDANT'S PROPOSED SPECIAL VERDICT

---

  Pursuant to the Court's Scheduling Order, the defendants, Wayne Blanchard and Walworth County, by their attorneys, Crivello Carlson, S.C., hereby submit the attached proposed special verdict in the above-captioned matter. Defendants note that some of these instructions may become unnecessary, and that others may need to be added as events unfold at trial.

Dated this 12th day of December, 2016.

                                            CRIVELLO CARLSON, S.C.
                                            Attorneys for Defendants, Wayne Blanchard, and Walworth County

                                            By:    */s/ Samantha R. Schmid*
                                                        AMY J. DOYLE
                                                         State Bar No. 1001333
                                                         Email: adoyle@crivellocarlson.com
                                                         SAMUEL C. HALL, JR
                                                         State Bar No.: 1045476
                                                         Email: shall@crivellocarlson.com
                                                         SAMANTHA R. SCHMID
                                                         State Bar No: 1096315
                                                         Email: sschmid@crivellocarlson.com

## I. LIABILITY PHASE 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
---

NANCY BROWN, Individually and as
Special Administrator for the Estate of
JOHN BROWN, Deceased,

      Plaintiff,

WISCONSIN DEPARTMENT OF HEALTH
SERVICES, a division of the State of Wisconsin
and a Wisconsin group medical benefits program
Representative of Estate of JOHN BROWN,
Deceased,

      Involuntary Plaintiff,

v.

WAYNE BLANCHARD, in his individual capacity,
and WALWORTH COUNTY, WISCONSIN,

      Defendants.

Case No. 13-CV-511

---

**DEFENDANT'S PROPOSED SPECIAL VERDICT**

---

WE, THE JURY, having been duly impaneled and sworn to try the case, for our verdict find as follows:

## Use of Force

**Question No. 1:** Did Deputy Wayne Blanchard use force that was unreasonable from the perspective of a reasonable officer facing the same circumstances that Deputy Blanchard faced?

(Yes or No) _____

Dated this \_\_\_\_\_ day of _____, 2016.

_____
Jury Foreperson

4

## II. LIABILITY PHASE 2; if necessary
## III.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

NANCY BROWN, Individually and as
Special Administrator for the Estate of
JOHN BROWN, Deceased,

    Plaintiff,

Case No. 13-CV-511

WISCONSIN DEPARTMENT OF HEALTH
SERVICES, a division of the State of Wisconsin
and a Wisconsin group medical benefits program
Representative of Estate of JOHN BROWN,
Deceased,

    Involuntary Plaintiff,

v.

WAYNE BLANCHARD, in his individual capacity,
and WALWORTH COUNTY, WISCONSIN,

    Defendants.

---

**DEFENDANT'S PROPOSED SPECIAL VERDICT**

---

WE, THE JURY, having been duly impaneled and sworn to try the case, for our verdict find as follows:

## Municipal Liability

**Question No. 1:** As of the time of the incident on May 4, 2012, did Walworth County fail to train its Deputies with respect to responding to suicide calls such that it was deliberately indifferent to the rights of its citizens?

**Answer:** _____( Yes or No)

**Question No.** 2: If the jury's answer to Question 1 is "Yes," then answer this question; otherwise do not answer it. Was such failure to train the moving force that caused John Brown's death?

**Answer:** _____( Yes or No)

Dated this \_\_\_\_\_ day of _____, 2016.

_____
Jury Foreperson

## IV. DAMAGES PHASE; *if necessary*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

NANCY BROWN, Individually and as
Special Administrator for the Estate of
JOHN BROWN, Deceased,

      Plaintiff,                            Case No. 13-CV-511

WISCONSIN DEPARTMENT OF HEALTH
SERVICES, a division of the State of Wisconsin
and a Wisconsin group medical benefits program
Representative of Estate of JOHN BROWN,
Deceased,

      Involuntary Plaintiff,

v.

WAYNE BLANCHARD, in his individual capacity,
and WALWORTH COUNTY, WISCONSIN,

      Defendants.

---

### DEFENDANT'S PROPOSED SPECIAL VERDICT

---

WE, THE JURY, having been duly impaneled and sworn to try the case, for our verdict find as follows:

**Question No. 1:** What sum of money will fairly and reasonably compensate the Estate of John Brown for the damages sustained as a natural consequence of such constitutional violations as you have found, with respect to the following:

7

A. Funeral Expenses $_____

B. Loss of John Brown's life: $_____


Dated this _____ day of _____, 2016.


_____
Jury Foreperson

8